UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
09-20178-CIV-MORENO

WALTER B. CAMPBELL,

    Plaintiff,

vs.

WALTER A. MCNEIL, Florida Department of Corrections,

    Defendant.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF *HABEAS CORPUS*

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner Walter B. Campbell's Petition for Writ of *Habeas Corpus* (D.E. No. 1), filed on **January 21, 2009**. The Magistrate Judge filed a Report and Recommendation (D.E. No. 13) on **January 8, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (D.E. No. 13) on **January 8, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    this petition for writ of *habeas corpus* is **DENIED**.

(2)     this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of January, 2010.

                                           FEDERICO A. MORENO
                                           CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record